# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **HORACE LEE GRIFFIN,** | : |
| Plaintiff, | : |
| vs. | : CA 08-0592-CG-C |
| **WARDEN GOODMAN, et al.,** | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 4, 2010 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 17th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE