# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **HORACE LEE GRIFFIN,** | : |
| Plaintiff, | : |
| vs. | :    CA 08-0592-CG-C |
| **WARDEN GOODMAN, et al.,** | : |
| Defendants. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's order dated September 28, 2010.

**DONE and ORDERED** this 17th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE